IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOAN RICKETTS, | CASE NO: 3:11-cv-00224-HDM(VPC) |
| Plaintiff, | ORDER GRANTING |
| v. | **STIPULATED DISMISSAL WITH PREJUDICE** |
| AMERICAN FAMILY INSURANCE COMPANY, and DOES I-V, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, for Defendant, AMERICAN FAMILY INSURANCE COMPANY, by and through its counsel of record, ERICKSON, THORPE & SWAINSTON, LTD., and BRENT L. RYMAN, ESQ., and for Plaintiff, JOAN RICKETTS, by and through her counsel of record, BARBER KARP & ASSOCIATES and KEVIN KARP, ESQ., that the above-entitled action may be dismissed, with prejudice, with all parties to bear their own costs and attorney's fees.

///

///

///

1

1 | RESPECTFULLY SUBMITTED this 29th day of May, 2012.

2 |         BARBER, KARP & ASSOCIATES

3

4 |         _____/s/ Kevin Karp_____
        KEVIN R. KARP, ESQ. (#1082)

5 |         BARBER, KARP & ASSOCIATES
        557 Washington Street

6 |         Reno, Nevada 89503
        *Attorneys for Plaintiff*

7 | ///

8 | RESPECTFULLY SUBMITTED this 29th day of May, 2012

9 |         ERICKSON, THORPE & SWAINSTON, LTD.

10

11 |         _____/s/ Brent Ryman_____
        BRENT L. RYMAN, ESQ. (#008648)

12 |         ERICKSON, THORPE & SWAINSTON, LTD.
        99 West Arroyo Street

13 |         P.O. Box 3559
        Reno, Nevada 89505

14 |         Telephone: (775) 786-3930
        *Attorneys for Defendant*

15 | ///

16 | ///

17 | IT IS SO ORDERED.

18 | DATED this  30  day of    May      , 2012.

19

20 |         _____
        UNITED STATES DISTRICT JUDGE

21

2