IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOAN RICKETTS,<br><br>      Plaintiff,<br><br>  v.<br><br>AMERICAN FAMILY INSURANCE COMPANY, and DOES I-V,<br><br>      Defendants.<br>_____/ | CASE NO: 3:11-cv-00224-HDM(VPC)<br>ORDER GRANTING<br>**STIPULATED DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties, for Defendant, AMERICAN FAMILY INSURANCE COMPANY, by and through its counsel of record, ERICKSON, THORPE & SWAINSTON, LTD., and BRENT L. RYMAN, ESQ., and for Plaintiff, JOAN RICKETTS, by and through her counsel of record, BARBER KARP & ASSOCIATES and KEVIN KARP, ESQ., that the above-entitled action may be dismissed, with prejudice, with all parties to bear their own costs and attorney's fees.

///

///

///

1 | RESPECTFULLY SUBMITTED this 29th day of May, 2012.

2 | BARBER, KARP & ASSOCIATES

3

4 | ____/s/ Kevin Karp_____
KEVIN R. KARP, ESQ. (#1082)
5 | BARBER, KARP & ASSOCIATES
557 Washington Street
6 | Reno, Nevada 89503
*Attorneys for Plaintiff*

7 | ///

8 | RESPECTFULLY SUBMITTED this 29th day of May, 2012

9 | ERICKSON, THORPE & SWAINSTON, LTD.

10

11 | _____/s/ Brent Ryman_____
BRENT L. RYMAN, ESQ. (#008648)
12 | ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
13 | P.O. Box 3559
Reno, Nevada 89505
14 | Telephone: (775) 786-3930
*Attorneys for Defendant*

15 | ///

16 | ///

17 | IT IS SO ORDERED.

18 | DATED this  30  day of   May      , 2012.

19

20 | _____
UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

2